# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FONDRAY LOVING, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 4:06CV1430 CDP |
| v. | ) |
| | ) |
| CITY OF BLACK JACK, | ) |
| MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

## FINDINGS AND ORDER APPROVING MINORS' SETTLEMENT

CAUSE CALLED, parties appear, jury waived. The Court having been advised by the parties that a settlement has been reached between Plaintiffs and Defendants without any admission of liability, and upon evidence and testimony having been presented to the Court for approval of the minors' settlement pursuant to § 507.184 R.S.Mo., the Court enters its findings and approves the settlement as follows:

1. Fondray Loving is the natural father and duly appointed Next Friend of certain minor plaintiffs in the above-captioned case.

2. Olivia Shelltrack is the natural mother and duly appointed Next Friend of a certain minor plaintiff in the above-captioned case.

3. The Court finds the proposed Release and Settlement Agreement presented in evidence to be fair and reasonable and in the best interests of the minors in the above-captioned cause. The Court, therefore, approves said settlement and the Release and Settlement Agreement.

930493

4. Fondray Loving and Olivia Shelltrack are authorized to execute the aforementioned Release and Settlement Agreement on behalf of the minors for whom they were appointed as Next Friend.

5. Fondray Loving and Olivia Shelltrack are ordered to hold the settlement proceeds as set forth in the Release and Settlement Agreement for the sole use and benefit of the minors for whom they were appointed as Next Friend.

6. The Court finds that after attorneys' fees and expenses, the respective Next Friends are not left with money or property of the respective minors in amounts in excess of $10,000.00 and, therefore, no estate or conservator is required.

7. After performance of the terms of the Release and Settlement Agreement, the parties are ordered to file a Stipulation for Dismissal with prejudice and with each party to bear their own costs.

Dated this 8th day of February, 2007

SO ORDERED: _____
Hon. Catherine D. Perry, United States
District Court for the Eastern District of
Missouri